USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAMAR BROWN on behalf of herself
and all others similarly situated,

                 Plaintiffs,

-against-

BLACK BUFFALO, INC.

                 Defendant.

**MEMORANDUM ENDORSED**

Case No.  1:23-cv-3475

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Hicksville, New York
         August 17, 2023

                              Respectfully Submitted,

                              **/s/ Mars Khaimov**

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 17, 2023
New York, New York

                              GREGORY H. WOODS
                            United States District Judge